IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HAROLD RIVERA-MONTERO, <br><br> Defendant | CRIMINAL NO. 18-714 (PAD) |

## ORDER

Having conducted a de novo review of the Report and Recommendation at Docket No. 90, and examined the parties' Joint Informative Motion" at Docket No. 91, the court determines that the magistrate judge's findings are well supported in the record and the law. Therefore, the court ADOPTS in its entirety the magistrate judge's report for the reasons stated therein (Docket No. 90), and, accordingly, finds that defendant Rivera-Montero is incompetent to stand trial. The government is granted until April 20, 2021, to dismiss the indictment consistent with the parties' joint motion at Docket No. 74, ¶ 8.

**SO ORDERED.**

In San Juan, Puerto Rico, this 6th day of April, 2021.

<u>S/Pedro A. Delgado-Hernández</u>
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge